UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   2:26−cv−04236−MWF−RAO          Date        June 22, 2026

Title        ALO, LLC V. CALIXTO DOE, ET AL.,

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                                    Not Reported;
Courtroom Deputy                            Court Reporter

Attorney(s) Present for Plaintiff(s):       Attorney(s) Present for Defendant(s):
None Present                                      None Present

**PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT**

In light of the Default By Clerk entered on 6/11/26, the Court sets a hearing for Order To Show Cause Re Default Judgment for July 22, 2026 at 11:30 AM. If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

Any Motion for default judgment must comply with the Court's Procedures and Schedules. *See* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

**IT IS SO ORDERED.**

Initials of Clerk:  rs